UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD SATISH EMRIT, | CASE NO. C25-0118-KKE |
| Plaintiff(s), | ORDER EXTENDING DEADLINE TO CORRECT IFP APPLICATION |
| v. | |
| ELON MUSK, et al., | |
| Defendant(s). | |

Plaintiff, representing himself, filed this action on January 13, 2025, and sought to proceed *in forma pauperis* ("IFP"). Dkt. No. 1. The Court entered a notice of filing deficiency, instructing Plaintiff that he had filed an incorrect IFP application, and setting a February 18, 2025 deadline for him to file the correct IFP application. Dkt. No. 2. On February 10, 2025, Plaintiff filed a notice of appeal to the Ninth Circuit Court of Appeals, and that appeal was dismissed for lack of jurisdiction on March 28, 2025. Dkt. Nos. 4, 6.

At this time, the Court re-sets Plaintiff's deadline to correct his IFP application to May 2, 2025. The Clerk is instructed to mail a copy of this order, along with the correct IFP application form, to Plaintiff. If Plaintiff fails to timely correct his IFP application, this case will be dismissed without prejudice.

Dated this 31st day of March, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER EXTENDING DEADLINE TO CORRECT IFP APPLICATION - 1