UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD SATISH EMRIT,<br><br>　　　　　　　Plaintiff(s),<br>　v.<br><br>ELON MUSK, et al.,<br><br>　　　　　　　Defendant(s). | CASE NO. C25-0118-KKE<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

　　　Plaintiff has filed a corrected application to proceed *in forma pauperis*. Dkt. No. 8. As Plaintiff does not appear to have funds available to afford the $405.00 filing fee, the Court GRANTS Plaintiff's motion (Dkt. No. 8).

　　　Dated this 7th day of May, 2025.

　　　　　　　　　　　　　　　　　　　　_Kymberly K. Evanson_
　　　　　　　　　　　　　　　　　　　　Kymberly K. Evanson
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING APPLICATION TO PROCEED IN forMA PAUPERIS - 1